IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | **NOTICE** |
| v. | : | Case No. 2:24-cr-102 |
| Timothi Lyle Cramer, | : | JUDGE MARBLEY |
| Defendant. | : | |

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  UNITED STATES DISTRICT COURT        Courtroom 331
85 Marconi Boulevard
Columbus, OH  43215                         February 28, 2025 @ 9:45 a.m.

***If an interpreter is needed, please notify ASAP***

TYPE OF PROCEEDING:            Change of Plea Hearing

DATE:  February 20, 2025                ALGENON L. MARBLEY
United States District Judge

(By) Diane M. Stash, Deputy Clerk
(614) 719-3265