United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                Case No. 2:24-cr-102

Timothi Lyle Cramer

---

COURTROOM MINUTES
Change of Plea Hearing

| U.S. District Judge Algenon L. Marbley | | Date: February 28, 2025 | |
|---|---|---|---|
| Deputy Clerk: | Diane Stash | Counsel for Government: | Emily Czerniejewski |
| Court Reporter: | Shawna Evans | Counsel for Defendant: | Rosie Brown |
| Interpreter: | | Pretrial/Probation: | |

Defendant changed his plea to guilty as to Counts 3 and 7 of the Indictment and the Forfeiture Allegation outlined in the Plea Agreement.

PSI report ordered.

Defendant to remain in custody pending sentencing.